UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00393
    ALICIA M ALFARO
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-9987

--------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/10/07 and confirmed on 06/13/07.

    2.  The case was dismissed after confirmation, 08/22/2008.

    3.  The Debtor paid a total of $ 13726.99 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 18506.39 | .00 | 3079.92 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 7019.62 | .00 | 7019.62 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1223.63 | .00 | 203.64 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| JUNE PRODEHL & RENZI LLC | UNSECURED | 1450.00 | .00 | 241.32 |
| MRS ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 4706.94 | .00 | 783.34 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PHYSICIANS BILLING OFFIC | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNTS MG | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:
--------------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7019.62 | .00 | 25886.96 | .00 | 32906.58 |
| PRINCIPAL PAID | 7019.62 | .00 | 4308.22 | .00 | 11327.84 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 7019.62 | .00 | 4308.22 | .00 | 11327.84 |

The Debtor's attorney, ROBERT V SCHALLER          , was allowed $  3000.00
and was paid $  1192.00  direct and $  1808.00  through the plan.

The Trustee received $   591.15 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/12/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 00393 ALICIA M ALFARO