```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 00393
    ALICIA M ALFARO
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-9987


-----------------------------------------------------------------------------
              TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 01/10/07 and confirmed on 06/13/07.

    2.   The case was dismissed after confirmation, 08/22/2008.

    3.   The Debtor paid a total of $   14417.91 .

    4.   The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
SAXON MORTGAGE SERVICES    CURRENT MORTG        .00             .00             .00
AMERICREDIT FINANCIAL      UNSECURED       18506.39             .00         3079.92
SAXON MORTGAGE SERVICES    MORTGAGE ARRE    7019.62             .00         7019.62
JEFFERSON CAPITAL SYSTEM   UNSECURED        1223.63             .00          203.64
CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED            .00             .00
COMED                      UNSECURED       NOT FILED            .00             .00
EDWARD HOSPITAL            UNSECURED       NOT FILED            .00             .00
HARRIS & HARRIS LTD        UNSECURED       NOT FILED            .00             .00
JUNE PRODEHL & RENZI LLC   UNSECURED        1450.00             .00          241.32
MRS ASSOCIATES             UNSECURED       NOT FILED            .00             .00
NICOR GAS                  UNSECURED        4706.94             .00          783.34
OSI COLLECTION SERVICES    UNSECURED       NOT FILED            .00             .00
OSI COLLECTION SERVICES    UNSECURED       NOT FILED            .00             .00
PHYSICIANS BILLING OFFIC   UNSECURED       NOT FILED            .00             .00
PROFESSIONAL ACCOUNTS MG   UNSECURED       NOT FILED            .00             .00
SBC AMERITECH              UNSECURED       NOT FILED            .00             .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED       PRIORITY      UNSECURED       OTHER          TOTAL

TOTAL CLMS ALLOWED    7019.62         .00      25886.96         .00       32906.58
PRINCIPAL PAID        7019.62         .00       4308.22         .00       11327.84
INTEREST PAID             .00         .00           .00         .00            .00
TOTAL PAID            7019.62         .00       4308.22         .00       11327.84
The Debtor's attorney, ROBERT V SCHALLER                , was allowed $    3000.00
and was paid $   1192.00   direct and $   1808.00   through the plan.

The Trustee received $     591.15 .

Refunds to the Debtor totaled $     690.92 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/25/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE